THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE TROY PRESS COMPANY, Respondent, *v.* THE COMMON COUNCIL OF THE CITY OF TROY et al., Defendants, and EVENING STANDARD PUBLISHING COMPANY, Appellant.

*People ex rel. Troy Press Co.* v. *Common Council of City of Troy,* 114 App. Div. 354, modified.

(Argued October 4, 1906; decided October 23, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 7, 1906, which annulled a determination of the common council of the city of Troy designating official newspapers in said city, and directed the said common council to meet and designate official newspapers according to law.

*John T. Norton* for appellant.

*William J. Roche* for respondent.

Order modified by striking out the provision for meeting and designation by the common council, and as modified affirmed, without costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.